WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq., SBN 258266
Shannon C. Williams, Esq., SBN 196787
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142
Email: jhernandez@wrightlegal.net;swilliams@wrightlegal.net

Attorneys for Defendants, NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. as Trustee for the Holders Of SAMI II Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 (*erroneously named as* "The Bank Of New York Mellon fka The Bank of New York, Successor Trustee To JPMorgan Chase Bank, N.A., as Trustee for The SAMI II Trust, Mortgage Pass-Through Certificates Series 2006-AR2"), and VERIPRISE PROCESSING SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN COLE, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON fka The Bank of New York, Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee For the SAMI II Trust, Mortgage Pass-Through Certificates Series 2006-AR2; BANK OF AMERICA, N.A.; VERIPRISE PROCESSING SOLUTIONS, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:15-CV-01000-MCE-KJN<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>[Removed from Sacramento County Superior Court, Case No. 34-2015-00177532]<br><br>**STIPULATION OF PARTIES TO REMAND ACTION TO STATE COURT; ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff EVAN COLE ("Plaintiff"), and Defendants NATIONSTAR MORTGAGE, LLC ("Nationstar"), and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. as Trustee for the Holders Of SAMI II Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3, ("BONYM"), and Defendant BANK OF AMERICA, N.A. ("BANA") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. **WHEREAS,** on April 7, 2015, Plaintiff initiated the above-captioned action (the "Action") by filing a Complaint in the Superior Court of California, County of Sacramento (the "State Court"), as Case No. 34-2015-00177532-CU-OR-GDS;

2. **WHEREAS,** on May 4, 2015, Defendant Veriprise filed a Declaration of Non-Monetary Status in the Action;

3. **WHEREAS,** on May 8, 2015, Defendant Nationstar removed the Action to this District Court on the basis of diversity of citizenship jurisdiction;

4. **WHEREAS,** subsequent to the filing of the Notice of Removal by Defendant Nationstar, Plaintiff's counsel advised Defendant Nationstar's counsel that Plaintiff intended to file a Motion For Order Remanding the Action back to State Court, and Defendant Nationstar learned that Defendant BANA had in fact been served with the Summons and Complaint and had filed its Demurrer in the State Court case on May 8, 2015; and

5. **WHEREAS,** Plaintiff and Defendants (collectively the "Parties") stipulate and agree that, for purposes of judicial economy and to limit the Court's burdens, and the fees and costs incurred by the Parties during the course of this litigation, this Action may be remanded to the State Court;

6. **WHEREAS,** the Parties further agree and stipulate that they shall bear their own fees and costs related to the voluntary remand of this Action to State Court;

7. **WHEREAS,** Plaintiff, Defendants and Veriprise are the only parties to the Action.

///
///

1  **NOW THEREFORE,** it is hereby stipulated by and between the Parties, through their respective undersigned counsel of record, that the Action shall be remanded to the jurisdiction of the State Court for all purposes.

**IT IS SO STIPULATED.**

|  |  |  |
|---|---|---|
| Dated: May 21, 2015 | By: | WRIGHT, FINLAY & ZAK, LLP<br>*s/Shannon C. Williams, Esq.*<br>Robin P. Wright, Esq.<br>Joshua R. Hernandez, Esq.<br>Shannon C. Williams, Esq.<br>Attorneys for Defendants, NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON fka The Bank Of New York as Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee For The Holders Of SAMI II Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3, and VERIPRISE PROCESSING SOLUTIONS, LLC |
| Dated: May __, 2015 | By: | SEVERSON & WERSON,<br>A PROFESSIONAL CORPORATION<br>_____<br>Jason M. Richardson, Esq.<br>Attorneys for Defendant,<br>BANK OF AMERICA, N.A |
| Dated: May __, 2015 | By: | LAW OFFICES OF JOHN E. MORTIMER<br>_____<br>Tony Cara, Esq.,<br>Attorney for Plaintiff, EVAN COLE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN COLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON fka The Bank of New York, Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee For the SAMI II Trust, Mortgage Pass-Through Certificates Series 2006-AR2; BANK OF AMERICA, N.A.; VERIPRISE PROCESSING SOLUTIONS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01000-MCE-KJN<br><br>**ORDER ON STIPULATION OF THE PARTIES TO REMAND THE ACTION TO STATE COURT** |

Pursuant to the Stipulation of the Parties to Remand Action To State Court (the "Stipulation") filed by Plaintiff EVAN COLE and Defendants NATIONSTAR MORTGAGE, LLC, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. as Trustee for the Holders Of SAMI II Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3, and Defendant BANK OF AMERICA, N.A., by and through their respective counsel, and finding good cause appearing, the Court makes the following order:

1     **IT IS ORDERED, ADJUDGED, AND DECREED** that the Action, case number Case No:
2 2:15-CV-01000-MCE-KJN, is REMANDED to the Sacramento County Superior Court.  The
3 currently pending Motion to Dismiss (ECF No. 5) is DENIED as moot, and the Clerk of the Court is
4 directed to close this case.
5     IT IS SO ORDERED.
6 Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER ON STIPULATION OF THE PARTIES
TO REMAND THE ACTION TO STATE COURT